## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUITEAU BIASSOU<br>GIRLUS BIASSOU | Chapter 13 |
| Debtor | Bankruptcy No. 13-11489-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: August 9, 2016**               _____
                                                            Eric L. Frank
                                                            ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
LAWRENCE S. RUBIN ESQUIRE
337 WEST STATE STREET

MEDIA, PA 19063-

Debtor:
GUITEAU BIASSOU
GIRLUS BIASSOU
7022 WALNUT ST

UPPER DARBY, PA 19082