United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: Guiteau Biassou and : Bky No 13–11489-elf
      Girlus Biassou :
          Debtors : Chapter 13

## CERTIFICATION OF NO OBJECTION

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from service upon counsel's Motion to Reinstate Case, and that no creditor nor any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.

                                s/Lawrence S. Rubin
                                Lawrence S. Rubin, Esquire
                                Attorney for the debtor(s)
                                337 West State Street
                                Media, PA 19063-2615
                                (610) 565-6660
                                *Fax*: (610) 565-6660

Dated: September 30, 2016

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com