United States Bankruptcy Court for
The Eastern District of Pennsylvania

In re: Guiteau Biassou : Chapter 13
and
Girlus Biassou : Bky. No. 13-11489-elf
Debtors

## **ORDER**

AND NOW, upon consideration of the Debtors' Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby Ordered that:

1. The Motion is granted.

2. The court's Order dated August 9, 2016 dismissing this bankruptcy case is vacated effective upon the entry of this Order.

3. The above captioned bankruptcy case is REINSTATED.

_____
Eric L Frank, Chief Bankruptcy Judge

Dated: Oct. 5 , 2016

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com