# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Guiteau Biassou** | : | **Case No.: 13-11489** |
| **Girlus Biassou** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for U.S. Bank, National Association, as Successor Trustee to Bank of America, N.A., as Successor to Lasalle Bank, N.A., as Trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-4, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                    Respectfully submitted,

                    /s/ Karina Velter
                    Karina Velter, Esquire (94781)
                    Kimberly A. Bonner (89705)
                    Holly N. Wolf (322153)
                    Manley Deas Kochalski LLC
                    P.O. Box 165028
                    Columbus, OH  43216-5028
                    Telephone: 614-220-5611
                    Fax: 614-627-8181
                    Attorneys for Creditor
                    The case attorney for this file is Karina Velter.
                    Contact email is kvelter@manleydeas.com

16-030745_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Guiteau Biassou** | : | **Case No.: 13-11489** |
| **Girlus Biassou** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Lawrence S. Rubin, Attorney for Guiteau Biassou and Girlus Biassou, Lawrence S. Rubin, Atty., 337 West State Street, Media, PA 19063-2615, echo@pennlawyer.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on November 8, 2016:

Guiteau Biassou and Girlus Biassou, 7022 Walnut Street, Upper Darby, PA 19082

Guiteau Biassou and Girlus Biassou, 131-17 115th St, S Ozone Park, NY 11420

DATE: _November 8, 2016_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

16-030745_PS

The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-030745_PS