# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 13-11489-ELF

GUITEAU BIASSOU
GIRLUS BIASSOU
7022 WALNUT ST

UPPER DARBY, PA 19082

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GUITEAU BIASSOU
    GIRLUS BIASSOU
    7022 WALNUT ST

    UPPER DARBY, PA 19082

Counsel for debtor(s), by electronic notice only.

    LAWRENCE S. RUBIN ESQUIRE
    337 WEST STATE STREET

    MEDIA, PA 19063-

                                                   /S/ William C. Miller

Date: 11/15/2016                                    _____

                                                       William C. Miller, Esquire
                                                     Chapter 13 Standing Trustee