**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 13-11489-ELF** |
| **Guiteau Biassou** : | **Chapter 13** |
| **Girlus Biassou** : | **Judge Eric L. Frank** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| : | |
| **U.S. Bank, National Association, as** : | **Date and Time of Hearing** |
| **Successor Trustee to Bank of America,** : | **January 5, 2017 at 10:00 a.m.** |
| **N.A., as Successor to Lasalle Bank, N.A.,** : | **Place of Hearing** |
| **as Trustee for the Merrill Lynch First** : | _____ |
| **Franklin Mortgage Loan Trust,** : | **U.S. Bankruptcy Court** |
| **Mortgage Loan Asset-Backed** : | **Courtroom #1** |
| **Certificates, Series 2007-4** : | **900 Market Street** |
| **Movant,** : | **Philadelphia, PA, 19107** |
| **vs** | |
| **Guiteau Biassou** | |
| **Girlus Biassou** | |
| **William C. Miller** | |
| **Respondents.** | |

**ORDER OF COURT**

AND NOW, this  5th   day of    January      , 20 17 , upon consideration of the Motion for Relief from the Automatic Stay filed by U.S. Bank, National Association, as Successor Trustee to Bank of America, N.A., as Successor to LaSalle Bank, N.A., as Trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-4 ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of U.S. Bank, National Association, as Successor Trustee to Bank of America, N.A., as Successor to LaSalle Bank, N.A., as Trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-4 in and to the Real Property of Debtor located at 131-17 115th St, S Ozone Park, NY 11420 and more particularly described in the Mortgage, recorded May 16, 2007, at Instrument Number 2007050900707004.

16-030745_FXF

      Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

      **Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

16-030745_FXF