United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Guiteau Biassou
Girlus Biassou
    Debtors

Case No. 13-11489-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jan 05, 2017
                  Form ID: pdf900     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2017.
```
db/jdb         +Guiteau Biassou,    Girlus Biassou,    7022 Walnut Street,    Upper Darby, PA 19082-4123
cr             +DITECH FINANCIAL LLC,   14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 06 2017 02:56:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 06 2017 02:56:18      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 06 2017 02:56:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy.bnc@ditech.com Jan 06 2017 02:56:13     Green Tree Servicing LLC,
                 PO Box 6154,    Rapid City, SD  57709-6154
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 06 2017 03:00:32     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                               TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2017 at the address(es) listed below:
```
         ALLISON FRANCES ZUCKERMAN    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
         ANDREW  SPIVACK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
          paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
          paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank, National Association, et. al
          bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         KARINA  VELTER    on behalf of Creditor    U.S. Bank, National Association, et. al
          amps@manleydeas.com
         KARINA  VELTER    on behalf of Creditor    US Bank N.A. amps@manleydeas.com
         LAWRENCE S. RUBIN    on behalf of Joint Debtor Girlus  Biassou echo@pennlawyer.com,
          foxtrot@pennlawyer.com
         LAWRENCE S. RUBIN    on behalf of Debtor Guiteau  Biassou echo@pennlawyer.com,
          foxtrot@pennlawyer.com
         MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 13
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 13-11489-ELF** |
| **Guiteau Biassou** | : | **Chapter 13** |
| **Girlus Biassou** | : | **Judge Eric L. Frank** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | | |
| | : | |
| **U.S. Bank, National Association, as** | : | **Date and Time of Hearing** |
| **Successor Trustee to Bank of America,** | : | **January 5, 2017 at 10:00 a.m.** |
| **N.A., as Successor to Lasalle Bank, N.A.,** | : | **Place of Hearing** |
| **as Trustee for the Merrill Lynch First** | : | _____ |
| **Franklin Mortgage Loan Trust,** | : | **U.S. Bankruptcy Court** |
| **Mortgage Loan Asset-Backed** | : | **Courtroom #1** |
| **Certificates, Series 2007-4** | : | **900 Market Street** |
| **Movant,** | : | **Philadelphia, PA, 19107** |
| **vs** | | |
| **Guiteau Biassou** | | |
| **Girlus Biassou** | | |
| **William C. Miller** | | |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, this  5th   day of   January       , 20 17 , upon consideration of the Motion for Relief from the Automatic Stay filed by U.S. Bank, National Association, as Successor Trustee to Bank of America, N.A., as Successor to LaSalle Bank, N.A., as Trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-4 ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of U.S. Bank, National Association, as Successor Trustee to Bank of America, N.A., as Successor to LaSalle Bank, N.A., as Trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-4 in and to the Real Property of Debtor located at 131-17 115th St, S Ozone Park, NY 11420 and more particularly described in the Mortgage, recorded May 16, 2007, at Instrument Number 2007050900707004.

16-030745_FXF

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

**Order entered by default.**

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**

16-030745_FXF