United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-11489-elf
Guiteau Biassou                                                       Chapter 13
Girlus Biassou
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2                Date Rcvd: Mar 08, 2017
                              Form ID: pdf900             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2017.
db/jdb         +Guiteau Biassou,    Girlus Biassou,    7022 Walnut Street,    Upper Darby, PA 19082-4123
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 630267,   Irving, TX  75063)
12976266       +Bank of America,   Attn Correspondence Unit CA 6-919-02-41,    POB 5170,
                 Simi Valley, ca 93062-5170
13018386       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13035109        Bank of America, N.A.,    P.O. Box 660933,   Dallas, TX 75266-0933
12976267       +Chase Mht Bk,   Attention: Bankruptcy PO Box 15298,    Wilmington, Delaware 19850-5298
12976269       +Rjm Acq Llc,    575 Underhill Blvd,    Syosset, New York 11791-3426
12976265       +bank of America-,   Attn: Correspondence pob 5170,    Simi Valley, CA 93062-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 09 2017 01:32:58     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 09 2017 01:32:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 09 2017 01:32:51      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13036764        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 09 2017 01:33:42
                 American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
13007167        E-mail/Text: cio.bncmail@irs.gov Mar 09 2017 01:32:32     Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
13065920        E-mail/Text: bankruptcy.bnc@ditech.com Mar 09 2017 01:32:33     Green Tree Servicing LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
12976268       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 09 2017 01:32:45     Midland Funding,    8875 Aero Dr,
                 San Diego, California 92123-2255
13075476        E-mail/PDF: rmscedi@recoverycorp.com Mar 09 2017 01:34:07     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12985360        E-mail/PDF: rmscedi@recoverycorp.com Mar 09 2017 01:34:07
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                             TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,   P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court:   Green Tree Servicing LLC,    PO Box 6154,
                 Rapid City, SD  57709-6154)
cr*             Portfolio Investments II LLC,    c/o Recovery Management Systems Corporat,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
13018387*      +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13106290*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
12999377       ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                         Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2               Date Rcvd: Mar 08, 2017
                              Form ID: pdf900             Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
              ALLISON FRANCES ZUCKERMAN    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank, National Association, et. al
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA   VELTER    on behalf of Creditor    U.S. Bank, National Association, et. al
               amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor    US Bank N.A. amps@manleydeas.com
              LAWRENCE S. RUBIN    on behalf of Joint Debtor Girlus   Biassou echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              LAWRENCE S. RUBIN    on behalf of Debtor Guiteau   Biassou echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 13
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GUITEAU BIASSOU      Chapter 13
GIRLUS BIASSOU

Debtor     Bankruptcy No. 13-11489-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: March 8, 2017**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
LAWRENCE S. RUBIN ESQUIRE
337 WEST STATE STREET

MEDIA, PA 19063-


Debtor:
GUITEAU BIASSOU
GIRLUS BIASSOU
7022 WALNUT ST

UPPER DARBY, PA 19082