UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Guiteau Biassou                    : Chapter 13
              and
          Girlus Biassou                    : Bky. No. 13-11489-elf
                  Debtors

Notice of Motion Response Deadline and Hearing Date

***Hearing to be held:***
Date:    4/4/17 at 1:00 p.m.
Place:   U.S. Bankruptcy Court
           Courtroom #1
           900 Market Street
           Philadelphia, PA 19107-4295

Lawrence S.  Rubin, Esquire, attorney for the debtor has filed a Motion to Reinstate Case with the court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before April 3, 2016 , you or your attorney must do ALL of the following:

(a) file an answer explaining your position at

U. S. Bankruptcy Court, Clerk's Office
United States Courthouse
900 Market Street
Philadelphia, PA 19107-4295

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

**Lawrence S.  Rubin, Esquire**
**337 W State Street**
**Media, PA 19063**
Phone: (610) 565-6660
2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.
3. A hearing on the motion is scheduled to be held before the Honorable Eric Frank, United States Bankruptcy Judge, on 4/4/17 at 1:00 p.m.., in Courtroom #1 , United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4295.
4, If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1 (b).
5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com