United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Guiteau Biassou
Girlus Biassou
    Debtors

Case No. 13-11489-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Mar 29, 2018
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13065920       E-mail/Text: bankruptcy.bnc@ditech.com Mar 30 2018 04:10:04      Green Tree Servicing LLC,
         PO Box 6154,    Rapid City, SD 57709-6154
                                                                                                                        TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2018 at the address(es) listed below:
           ALLISON FRANCES ZUCKERMAN     on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
           ANDREW   SPIVACK     on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
            paeb@fedphe.com
           JEROME B. BLANK     on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
            paeb@fedphe.com
           JEROME B. BLANK     on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
           JOSHUA ISAAC GOLDMAN     on behalf of Creditor    U.S. Bank, National Association, et. al
            bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
           JOSHUA ISAAC GOLDMAN     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           KARINA   VELTER     on behalf of Creditor    U.S. Bank, National Association, et. al
            amps@manleydeas.com
           KARINA   VELTER     on behalf of Creditor    US Bank N.A. amps@manleydeas.com
           LAWRENCE S. RUBIN     on behalf of Joint Debtor Girlus  Biassou echo@pennlawyer.com,
            foxtrot@pennlawyer.com
           LAWRENCE S. RUBIN     on behalf of Debtor Guiteau  Biassou echo@pennlawyer.com,
            foxtrot@pennlawyer.com
           MATTHEW GREGORY BRUSHWOOD     on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
           WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
                                                                                                                                 TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-11489-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Guiteau Biassou
7022 Walnut Street
Upper Darby PA 19082

Girlus Biassou
7022 Walnut Street
Upper Darby PA 19082

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/26/2018.

Name and Address of Alleged Transferor(s):

Claim No. 3: Green Tree Servicing LLC, PO Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

Ditech Financial LLC fka Green Tree Servicing LLC
P.O. Box 6154
Rapid City, South Dakota 57709-6154

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/31/18

Tim McGrath
**CLERK OF THE COURT**