United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-11489-elf
Guiteau Biassou                                                 Chapter 13
Girlus Biassou
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 2             Date Rcvd: Jun 08, 2018
                               Form ID: 138NEW           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
db/jdb         +Guiteau Biassou,    Girlus Biassou,    7022 Walnut Street,    Upper Darby, PA 19082-4123
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr            ++NATIONSTAR MORTGAGE LLC,    PO Box 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
12976266       +Bank of America,   Attn Correspondence Unit CA 6-919-02-41,    POB 5170,
                 Simi Valley, ca 93062-5170
13018386       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13035109        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12976267       +Chase Mht Bk,   Attention: Bankruptcy PO Box 15298,    Wilmington, Delaware 19850-5298
14087571       +DITECH FINANCIAL LLC,    c/o JAMES A. PROSTKO,    Phelan Hallinan Diamond & Jones LLP,
                 1617 JFK Blvd. Suite 1400,    Philadelphia, PA 19103-1814
12976269       +Rjm Acq Llc,   575 Underhill Blvd,    Syosset, New York 11791-3426
12976265       +bank of America-,    Attn: Correspondence pob 5170,    Simi Valley, CA 93062-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 09 2018 02:09:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2018 02:08:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2018 02:09:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13036764        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 09 2018 02:16:59
                 American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
13007167        E-mail/Text: cio.bncmail@irs.gov Jun 09 2018 02:08:28     Department of the Treasury,
                 Internal Revenue Service,   P.O. Box 7346,    Philadelphia, PA 19101-7346
14079334        E-mail/Text: bankruptcy.bnc@ditech.com Jun 09 2018 02:08:33
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13065920        E-mail/Text: bankruptcy.bnc@ditech.com Jun 09 2018 02:08:33     Green Tree Servicing LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
12976268       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 09 2018 02:09:19     Midland Funding,   8875 Aero Dr,
                 San Diego, California 92123-2255
13075476        E-mail/PDF: rmscedi@recoverycorp.com Jun 09 2018 02:05:25     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
12985360        E-mail/PDF: rmscedi@recoverycorp.com Jun 09 2018 02:05:25
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
              (address filed with court:   Green Tree Servicing LLC,    PO Box 6154,
                 Rapid City, SD  57709-6154)
cr*             Portfolio Investments II LLC,    c/o Recovery Management Systems Corporat,
                 25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
13018387*      +Bank of America, N.A.,    7105 Corporate Drive,   Plano, TX 75024-4100
13106290*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
12999377     ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
                                                                                    TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Stacey            Page 2 of 2            Date Rcvd: Jun 08, 2018
                              Form ID: 138NEW         Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
              ALLISON FRANCES ZUCKERMAN    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
               paeb@fedphe.com
              JAMES A. PROSTKO    on behalf of Creditor    DITECH FINANCIAL LLC james.prostko@phelanhallinan.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank, National Association, et. al
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA   VELTER    on behalf of Creditor    U.S. Bank, National Association, et. al
               amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor    US Bank N.A. amps@manleydeas.com
              LAWRENCE S. RUBIN    on behalf of Joint Debtor Girlus  Biassou echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              LAWRENCE S. RUBIN    on behalf of Debtor Guiteau  Biassou echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Guiteau Biassou and Girlus Biassou
      Debtor(s)

Bankruptcy No: 13−11489−elf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 6/8/18

132 − 131
Form 138_new