Certificate Number: 17082-PAE-DE-031467577

Bankruptcy Case Number: 13-11489



17082-PAE-DE-031467577

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2018, at 5:32 o'clock PM MST, GUITEAU BIASSOU completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 13, 2018           By:   /s/Orsolya K Lazar

                                 Name: Orsolya K Lazar

                                 Title: Executive Director