Certificate Number: 17082-PAE-DE-031467576

Bankruptcy Case Number: 13-11489



17082-PAE-DE-031467576

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 13, 2018</u>, at <u>5:32</u> o'clock <u>PM MST</u>, <u>GERLUS BIASSOU</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 13, 2018</u>          By:    <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:   <u>Executive Director</u>