United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-11489-elf
Guiteau Biassou                                                           Chapter 13
Girlus Biassou
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Aug 17, 2018
                              Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db/jdb         +Guiteau Biassou,    Girlus Biassou,    7022 Walnut Street,    Upper Darby, PA 19082-4123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
              ALLISON FRANCES ZUCKERMAN    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
               paeb@fedphe.com
              JAMES A. PROSTKO    on behalf of Creditor    DITECH FINANCIAL LLC james.prostko@phelanhallinan.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing LLC
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank, National Association, et. al
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    U.S. Bank, National Association, et. al
               amps@manleydeas.com
              KARINA  VELTER    on behalf of Creditor    US Bank N.A. amps@manleydeas.com
              LAWRENCE S. RUBIN    on behalf of Joint Debtor Girlus  Biassou echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              LAWRENCE S. RUBIN    on behalf of Debtor Guiteau  Biassou echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                      : Chapter 13

Guiteau Biassou and Girlus Biassou                          : Case No. 13–11489–elf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , August 17, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

141
Form 195